UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MUHAMMAD MIRZA and ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC,<br><br>    Subpoenaing Parties,<br><br>    v.<br><br>YELP, INC.,<br><br>    Subpoenaed Party. | Case No. 21-mc-80077-TSH<br><br>**ORDER SETTING HEARING**<br><br>Re: Dkt. No. 1 |

Pending before the Court is Dr. Muhammad Mirza, MD, and Allied Medical and Diagnostic Services, LLC's motion for an order compelling Yelp, Inc. to comply a third-party subpoena and request for documents. ECF No. 1. The Court shall conduct a hearing on May 13, 2021, at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/. Briefing shall be in compliance with Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: April 8, 2021

THOMAS S. HIXSON
United States Magistrate Judge