ADRIANOS FACCHETTI, Esq. (S.B.N. 243213)
LAW OFFICES OF ADRIANOS FACCHETTI, P.C.
301 E. Colorado Blvd, Suite 520
Pasadena, California 91101
Telephone: (626) 793-8607
Facsimile: (626) 793-7293
Email: adrianos@facchettilaw.com

Aaron Schur (S.B.N. 229566)
James Daire (S.B.N. 239637)
YELP INC.
140 New Montgomery Street
San Francisco, CA 94105
Telephone:(415) 908-3801
Facsimile: (415) 615-0809
Email: aschur@yelp.com
Email:jdaire@yelp.com

Attorney for Subpoenaed Party
YELP INC.

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. MUHAMMAD MIRZA and ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC,<br><br>　　　　Subpoenaing Parties,<br><br>vs.<br><br>YELP INC.,<br><br>　　　　Subpoenaed Party. | CASE NO. 21-mc-8077-TSH<br><br>SUBPOENAED PARTY YELP INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Yelp Inc. ("Yelp") through the undersigned certifies that it has no parent company and no public company owns more than 10% of Yelp.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 22, 2021

LAW OFFICES OF ADRIANOS FACCHETTI, P.C.

BY: *Adrian Facchetti*
Adrianos Facchetti
Attorney for YELP