UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MUHAMMAD MIRZA AND ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>YELP, INC.,<br><br>        Defendant. | Case No. 21-mc-80077-TSH<br><br>**ORDER CONTINUING HEARING**<br><br>Re: Dkt. No. 1 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on Dr. Muhammad Mirza, MD, and Allied Medical and Diagnostic Services, LLC's motion for an order compelling Yelp, Inc. to comply a third-party subpoena (ECF No. 1), currently set for May 13, 2021, is **CONTINUED** to June 3, 2021, at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/. Briefing deadlines are unaffected.

**IT IS SO ORDERED.**

Dated: April 22, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge