| | |
|---|---|
| 1 | VINOD NICHANI (CA SBN 277607) |
| 2 | Nichani Law Firm<br>111 N. Market Street, Suite 300 |
| 3 | San Jose, California 95113<br>Telephone: (408) 800-6174 |
| 4 | Facsimile: (408) 290-9802<br>Email: vinod@nichanilawfirm.com |
| 5 | DAVID D. LIN (admitted *pro hac vice*) |
| 6 | LAUREN VALLI (admitted *pro hac vice*)<br>LEWIS & LIN, LLC |
| 7 | 77 Sands Street, Sixth Floor<br>Brooklyn, NY 11201 |
| 8 | Telephone: (718) 243-9323<br>Facsimile: (718) 243-9326 |
| 9 | Email: david@iLawco.com<br>Email: lauren@iLawco.com |
| 10 | Attorneys for Subpoenaing Parties |
| 11 | DR. MUHAMMAD MIRZA and<br>ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. MUHAMMAD MIRZA and ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC,<br><br>Subpoenaing Parties,<br><br>vs.<br><br>YELP, INC.,<br><br>Subpoenaed Party. | Case No.: 3:21-mc-80077-TSH<br><br>(Case No. 1:20-cv-06329-LGS Pending in Southern District of New York)<br><br>**[PROPOSED] ORDER ON MOTION TO ENFORCE COMPLIANCE WITH THIRD PARTY SUBPOENA**<br><br>Hearing Information<br>Date: June 3, 2021<br>Time: 10:00 a.m.<br>Courtroom: Via Zoom videoconference |

The Court has considered Dr. Muhammad Mirza, MD, and Allied Medical and

Diagnostic Services, LLC's motion for an order compelling Yelp, Inc. to comply with a third-

1

party subpoena (ECF No. 1) that came before this Court on June 3, 2021. Finding that good cause exists, the Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that within fourteen (14) days of entry of this order, Yelp, Inc. shall produce all documents and things responsive to Request No. 1 of the Subpoenaing Parties' subpoena to Yelp, Inc.

**IT IS SO ORDERED.**

DATED: _____      _____
                                                                                         HON. THOMAS S. HIXSON
                                                                                         United States Magistrate Judge