# Exhibit A

# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli

81 Prospect Street, Suite 8001
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: david@iLawco.com

November 6, 2020

**VIA ECF**
Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC
v. John Doe*, Civil Action No: 1:20-cv-06329-LGS

Dear Judge Schofield:

I am counsel for Dr. Muhammad Mirza and Allied Medical Diagnostic Services, LLC ("Plaintiffs"), who previously sought leave to conduct discovery aimed at identifying the Defendant John Doe so that he may be named in the Complaint. The time period to serve the Complaint expires on November 9, 2020. Now, Plaintiffs seek an extension of time to serve Defendant John Doe pursuant to Rule 4(m).

Plaintiffs brought this action on or about August 11, 2020 against the defendants for defamation and tortious interference with contracts, in connection with the publishing of defamatory reviews regarding the Plaintiffs on the website Yelp.com.

Pursuant to the Court's order dated September 2, 2020 (D.E. 5) allowing for expedited discovery to determine the identity of the John Doe Defendant, Plaintiffs issued a subpoena on Yelp.com on or about September 3, 2020. My office and Yelp have been in communication regarding that subpoena and while Yelp has not yet provided information identifying the John Doe defendant, Plaintiffs are hopeful that by providing Yelp additional information, they will do so.

Without additional time to determine Defendant John Doe's identity and effectuate service on him, Plaintiffs have no way to prevent Defendant from continuing his abusive,

LEWIS & LIN LLC

defamatory and harmful activity online. Notwithstanding the foregoing, a final response will not be received from Yelp in time to serve Defendant John Doe before the expiration of the time to serve him. Plaintiffs posit that there exists good cause to extend the time to serve Defendant John Doe and respectfully requests the same. We therefore request that the Court allow for an additional 90 days – *i.e.* February 8, 2021 to serve Defendant John Doe. Plaintiffs also respectfully request that the telephone conferenced scheduled for November 19, 2020 be scheduled for a date after Defendant John Doe is served. (ECF Doc. No. 9). Plaintiffs have made no previous requests of this nature.

Respectfully submitted,

David D. Lin

The application is GRANTED. By **February 8, 2021**, Plaintiffs shall serve the Defendant John Doe. On **December 8, 2020**, and every **30 days thereafter** until service is made, Plaintiffs shall file a status letter apprising the Court of their efforts to (1) ascertain Defendant's identity and (2) effect service on Defendant. The conference scheduled for November 19, 2020, at 11:00 a.m., is **adjourned** to **February 18, 2021, at 11:00 a.m.**, on the following conference call line: 888-363-4749, access code: 558-3333. The time of the conference is approximate but the parties shall be ready to proceed by that time.

SO ORDERED

Dated: November 9, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2