UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MUHAMMAD MIRZA AND ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>YELP, INC.,<br><br>    Defendant. | Case No. 21-mc-80077-TSH<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. Nos. 1, 10 |

This matter is currently scheduled for a hearing on June 3, 2021 regarding the parties' pending motions. ECF Nos. 1, 10. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument and hereby **VACATES** the June 3 hearing. The matters are deemed under submission.

**IT IS SO ORDERED.**

Dated: May 25, 2021

THOMAS S. HIXSON
United States Magistrate Judge